STATE of Missouri, Plaintiff/Respondent,

v.

Joseph WASHINGTON,
Defendant/Appellant.

Joseph WASHINGTON,
Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 65032.

Missouri Court of Appeals,
Eastern District,
Division Four.

July 18, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 14, 1995.

John Klosterman, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and SIMON and KAROHL, JJ.

### *ORDER*

PER CURIAM.

Joseph Washington (appellant) appeals his sentence as a prior and persistent offender to two consecutive life sentences and a concurrent term of fifteen years following the jury's verdict adjudging him guilty of two counts of first degree robbery and one count of felonious restraint and the motion court's denial of his motion for post conviction relief.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the basis for this order. The judgment is affirmed pursuant to Rules 30.25(b) and 84.16(b).